IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 64-15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RECO LAMAR MOSLEY | ) | |

Pursuant to Defendant's Waiver of Detention Hearing/Continuance Request (Doc. 548), Defendant's waiver of an immediate detention hearing is **NOTED**, Defendant's continuance request is **GRANTED**, and a hearing on the Government's motion for detention is **CONTINUED INDEFINITELY FOR CAUSE**. See U.S. v. Clark, 865 F.2d 1433 (4th Cir. 1989). Defendant is ordered detained without bond pending further proceedings.

Signed: April 8, 2021

W. Carleton Metcalf
United States Magistrate Judge