# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00064-MR-WCM-15

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| ) | |
| **RECO LAMAR MOSLEY,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion for Relief" [Doc. 659].

The Defendant seeks the early termination of his supervised release. [Doc. 659]. The Defendant, however, currently has an outstanding petition [Doc. 649], which alleges that the Defendant has violated multiple terms and conditions of supervision. Additionally, the Defendant is still represented by counsel. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(g).

For all these reasons, the Defendant's "Motion for Relief" is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* "Motion for Relief" [Doc. 659] is **DENIED**.

**IT IS SO ORDERED**.

Signed: 12/6/2023

*Martin Reidinger*
Martin Reidinger
Chief United States District Judge